United States District Court
Southern District of Texas
**ENTERED**
February 13, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CHRISTOPHER ALAN LUPER, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:16-CV-322 |
| § | |
| UNIVERSITY OF TEXAS MEDICAL § | |
| BRANCH, *et al*, § | |
| § | |
| Defendants. § | |

# MEMORANDUM AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, proceeding *pro se* and *in forma pauperis*, is an inmate incarcerated TDCJ-CID's McConnell Unit in Beeville, Texas. Pending before the Court is Plaintiff's "Speaking Motion" which has been docketed as a Motion for Summary Judgment. (D.E. 21).

Plaintiff filed this lawsuit pursuant to 42 U.S.C. § 1983 against several defendants, complaining about having medicine given to him that should have been given to a different inmate. (D.E. 1). The undersigned screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915 and, on October 4, 2016, issued a Memorandum and Recommendation (M&R) to dismiss Plaintiff's claims. (D.E. 13). Plaintiff subsequently filed timely objections to the M&R (D.E. 15), and the M&R is pending before the District Judge.

Plaintiff's summary judgment motion is prematurely filed as the named Defendants have neither been served with the complaint nor otherwise been directed to

file a responsive pleading. Accordingly, it is respectfully recommended that Plaintiff's summary judgment motion (D.E. 21) be DENIED.

Respectfully submitted this 12th day of February, 2018.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within FOURTEEN (14) DAYS after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996)(en banc).